

**Entered on Docket
June 20, 2011**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

**TIFFANY & BOSCO, P.A**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 11-18889-mkn |
|---|---|
| Artemio Avila | Chapter 13 |
| Debtor | |

### ORDER RE: EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(4)(A)(i) and (ii)

Secured Creditor's, Wells Fargo Bank, N.A., its assignees and/or successors in interest's, Ex-Parte Application for an Order Pursuant to 362(4)(A)(i) and (ii) having been considered by the court and seeing that the debtor had two (2) or more bankruptcy petitions pending within the one year period prior to the current filing and that all of the pending cases were dismissed, the court rules as follows

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy never arose upon filing.

1  Submitted by:

2

3  TIFFANY & BOSCO, P.A       #10235

4  By:____/s/Gregory L. Wilde, Esq____
   **Gregory L. Wilde, Esq.**
5  Attorney for Secured Creditor

6
   **APPROVED / DISAPPROVED**
7

8  By:_____
   Rick A. Yarnall
9  Chapter 13 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

__X__ The court has waived the requirements set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor